EDWIN M. WILMER

*vs.*

THE BALTIMORE TRUST COMPANY, Committee.

Appeal from the Circuit Court No. 2 of Baltimore City (Carroll T. Bond, J.).

Petition by the Baltimore Trust Company, committee of Philip Norbourne Nicholas, a lunatic, to compel an accounting by Edwin M. Wilmer as substituted trustee under the will of Jane H. Nicholas. From an order dismissing a petition by said Wilmer asking that the proceeding be stayed, and from a decree requiring him as trustee to file an account, he appeals. Affirmed.

The cause was argued, together with that next preceding, before Boyd, C. J., Briscoe, Thomas, Pattison, Urner, Adkins, and Offutt, JJ.

*David Ash,* for the appellant.

*S. Ralph Warnken* and *Francis B. Wiers,* for the appellee.

Boyd, C. J., delivered the opinion of the Court, for which see the next preceding case, In the Matter of Philip Norbourne Nicholas.

Order of May 11th, 1922, and decree of May 16th, 1922, affirmed and cause remanded, Edwin M. Wilmer, individually, to pay the costs.

*Decided January 19th, 1923.*